IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DOUGLAS TAYLOR and TONYA TAYLOR,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO. 08-0188-KD-C** |
| ) | |
| **WAL-MART STORES, INC., and STRONGBUILT, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

This matter is before the Court on the stipulation for dismissal filed by plaintiffs Douglas Taylor and Tonya Taylor and defendant Wal-Mart Stores, Inc. (doc. 32).  Any objection to this stipulation for dismissal should be filed by **Monday, February 9, 2009.**  If no objection is filed then defendant Wal-Mart shall be **dismissed with prejudice**, with each party to bear its own costs, as stipulated, without further order of this court.

**DONE** and **ORDERED** this 28th day of January, 2009.

  s / Kristi K DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**