IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DOUG TAYLOR and               :
TONYA TAYLOR,
                              :
    Plaintiffs,
                              :
vs.                                         CA 08-0188-KD-C
                              :
WAL-MART STORES, INC.,
STRONG BUILT, INC.,           :

    Defendants.

## ORDER

This cause is before the Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(A) and SD ALA LR 72.2(c)(1), on plaintiffs' motion to stay all deadlines set forth in the Rule 16(b) scheduling order, as amended, pending the Court's ruling on Strong Built, Inc.'s motion for summary judgment (Doc. 44). Plaintiffs' motion is due to be **DENIED** because the movants have not referenced the standard for granting a motion to stay and, as well, have not demonstrated why the circumstances of this case necessitate the altering of the Court's schedule.

    **DONE** and **ORDERED** this the 20th day of March, 2009.

      s/WILLIAM E. CASSADY
    **UNITED STATES MAGISTRATE JUDGE**